UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELVIN BLAISDELL,

    Plaintiff,

vs.                                                      Case No.: 8:12-cv-01523-T-27AEP

CAROLYN W. COLVIN
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 19), recommending that the decision of the Commissioner denying benefits be affirmed. Plaintiff filed objections to the Report and Recommendation (Dkt. 20), and the Commissioner responded (Dkt. 21). Upon careful consideration, the Report and Recommendation is ACCEPTED and ADOPTED in all respects, and Plaintiff's objections are OVERRULED.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Plaintiff objects to the Magistrate Judge's conclusion that the ALJ appropriately afforded the

1

treating physician's testimony less than substantial weight. Typically, the ALJ must afford the testimony of a treating physician substantial or considerable weight unless "good cause" is shown to the contrary. *Crawford v. Comm'r of Soc. Sec.*, 363 F.3d 1155, 1159 (11th Cir. 2004). Good cause exists where (1) the treating physician's opinion was not bolstered by the evidence, (2) the evidence supported a contrary finding, or (3) the treating physician's opinion was conclusory or inconsistent with the physician's own medical records. *Phillips v. Barnhart*, 357 F.3d 1232, 1241 (11th Cir. 2004). The Magistrate Judge properly concluded that the ALJ had "good cause" to disregard the testimony of the treating physician based on the testimony and opinions of Drs. Zakria, McKitrick, Rinde, and Kline.[1]

Accordingly,

1) The Report and Recommendation (Dkt. 19) is ACCEPTED and ADOPTED for all purposes, including for appellate review.

2) The decision of the Commissioner of Social Security denying benefits is AFFIRMED.

3) The Clerk is directed to ENTER judgment in favor of Defendant Commissioner of Social Security reflecting that the Commissioner's decision denying benefits is affirmed, and to CLOSE the file.

**DONE AND ORDERED** this 22 day of May, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] Plaintiff's remaining objections have been considered and are without merit.